IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00548-LTB-BNB

KURT PREUSS,

Plaintiff,

v.

BILL RITTER, JR., Governor, State of Colorado,
ARISTEDES ZAVARAS, Executive Director DOC,
DAVE MICHAUD, Head of Parole Board, and
JOE STOMMEL, Head of SOTMP,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiff(s) leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

Dated May 16, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00548-LTB-BNB

Kurt Preuss
Prisoner No. 83654
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

Aristedes Zavaras, Dave Michaud, and Joe Stommel - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Bill Ritter, Jr.

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on Bill Ritter, Jr.; to Cathie Holst for service of process on Aristedes Zavaras, Dave Michaud, and Joe Stommel; and to John Suthers: AMENDED COMPLAINT FILED 04/30/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/23/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk