IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00548-LTB-BNB

KURT PREUSS,

Plaintiff,

v.

BILL RITTER, JR., Governor, State of Colorado,
ARISTEDES ZAVARAS, Executive Director DOC,
DAVE MICHAUD, Head of Parole Board, and
JOE STOMMEL, Head of SOTMP,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Request for Extension of Time to Allow Defendants Time to Produce Records and Answer Interrogatories** [Doc. # 46, filed 10/4/2007] (the "Motion"). I construe the Motion to seek an order under Fed. R. Civ. P. 56(f) continuing the determination of the *Defendants' Motion for Summary Judgment* to permit discovery to be had. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated October 29, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge