**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00548-LTB-BNB

KURT PREUSS,

    Plaintiff,

v.

BILL RITTER, JR., Governor, State of Colorado,
ARISTEDES ZAVARAS, Executive Director DOC,
DAVE MICHAUD, Head of Parole Board, and
JOE STOMMEL, Head of SOTMP,

    Defendants.
_____

**ORDER**
_____

    This case is before me on the recommendation of the Magistrate Judge issued and served on March 5, 2008 (Doc 63). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

    ORDERED that the recommendation is ACCEPTED as follows:

    1.    Defendants' Motion for Summary Judgment is GRANTED and summary judgment is entered in favor of the Defendants on all of Plaintiff's constitutional claims; and

    2.    The state law claims are DISMISSED WITHOUT PREJUDICE.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: March 27, 2008